IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA COSTANZO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No:  21 cv 1626 |
| v. | ) | |
| | ) | Judge: Andrea R. Wood |
| COSTCO WHOLESALE | ) | |
| CORPORATION., | ) | Magistrate Judge: Jeffrey T. Gilbert |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:  David Nemeroff
Nemeroff Law Offices, Ltd.
105 W. Madison Street, Suite 1900
Chicago, IL 60602
david@nem-law.com

**PLEASE TAKE NOTICE** that on the 26th day of April, 2021, there was filed with the United States District Court, For The Northern District Of Illinois Eastern Division, on behalf of Defendant COSTCO WHOLESALE CORPORATION, its: **INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1),** and this **Notice of Filing.**

Respectfully submitted,

COSTCO WHOLESALE CORPORATION

By:   /s/ Stacy D. Fulco
One of Its Attorneys

Stacy D. Fulco - ARDC #: 6242933
Chad A. Baker  – ARDC #: 6332428
BODELL BOVE LLC
2215 York Road, Suite 515
Oak Brook, IL 60523
#630/382-4800
#630/468-2158 FAX
SFulco@bodellbove.com
CBaker@bodellbove.com

## PROOF OF SERVICE

**Tania Hana**, a non-attorney, being first duly sworn on oath, deposes and says that the foregoing **NOTICE OF FILING** and the documents referred to therein were served via Court's e-filing system, and e-mail to each person identified above on the **26th** day of **April, 2021** at Oak Brook, Illinois.

\_\_/s/ Tania Hana_____

**[x] Under penalties as provided by law pursuant to 28 USC § 1746, I certify that the statements set forth herein are true and correct.**